## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **NICHOLAS GLADU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   1:18-cv-274-GZS |
| | ) | |
| **JEREMIAH MANNING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 70) filed March 31, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 57) is hereby **GRANTED**.

                                                                         /s/ George Z. Singal  
                                                                         United States District Judge

Dated this 27th day of May, 2020.